# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR FFMLT
TRUST 2005-FF8, MORTGAGE PAS-
THROUGH CERTIFICATES, SERIES
2005-FF8,

Appellant,

vs.

RJRN HOLDINGS, LLC,

Respondent.

No. 73212

**FILED**

MAR 21 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Douglas Smith, District Judge
Janet Trost, Settlement Judge
Zieve, Brodnax & Steele, LLP
The Law Office of Mike Beede, PLLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-11096